JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WELK, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE WELK GROUP, INC., JONATHAN FREDRICKS, KEVIN WELK, STEPHEN BARON, and DOES 1-10,<br><br>Defendants. | Case No.: 2:24-CV-2582-SVW-JCx<br><br>**ORDER REGARDING STIPULATION TO REMAND**<br><br>Complaint Filed:  February 6, 2024<br>Removed: March 29, 2024 |

# ORDER

On May 1, 2024, the Parties to the above-reference action filed a Stipulation to Remand. The Court, having reviewed that Stipulation and good cause shown, orders as follows:

1. The Parties' Joint Stipulation to Remand is GRANTED; and
2. This action is remanded to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
UNITED STATES DISTRICT COURT JUDGE